

**U.S. Department of Justice**
Federal Bureau of Prisons
Metropolitan Detention Center
Guaynabo

_____

P. O. Box 2008
Cataño, Puerto Rico 00963-2008

# MEMORANDUM FOR LEAGAL DEPARTMENT

FROM: Abigail Lopez de Lasalle, M.D., Clinical Director

DATE: November 23, 2015

SUBJECT: RIOS-GONZALEZ, JOSELITO # 44485-069

Inmate Rios-Gonzalez, Joselito # 44485-069 is a 42 yeas old male, Care Level 2, who has been in BOPP custody at MDC Guaynabo since 9/24/2014.

Inmate Rios-Gonzalez is an insulin dependent diabetic with multiple diabetic complications. He is provided routine chronic medical care through our chronic medical clinic. He ia also provided with specialty services as clinically indicated.

Diabtic complications for inmate Rios-Gonzalez consist of the following:
1. Diabetes Type II with neurological manifestations
2. Nerve pain, neuralgia neuritis, radiculitis
3. Anemia of other chronic disease
4. Hyperlipidemia, mixed
5. Atherosclerosis of the extremities with ulceration
6. Peripheral vascular disease, unspecified
7. Proliferative diabetic retinopathy
8. Unspecified deformity of ankle and foot, acquired
9. Chronic kidney disease, Stage II (mild)
10. Esophageal reflux
11. Arthropathy associated with neurological disorders – Charcot Foot

Inmate Rios-Gonzalez is currently medicated as follows:
- Atorvastatin 40 MG TAB po at bed time
- Gabapentin 600 MG Tab po twice daily
- Lisinopril 10 MG po once daily
- Insulin NPH 20 units in morning and 5 units in evening
- Insulin Reg 5 units in morning and 5 units in evening

Inmate has been scheduled for Laser Therapy to eyes due to Proliferative Diabetic Retinopathy, significant macular edema. Procedure is scheduled to take place 12/17/2015. Other specialty services which are pending schedule are nephrology and Infectology.