# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
**Plaintiff**
**v.**

**[14] JOSELITO RIOS-GONZALEZ,**
**Defendant.**

Criminal No. 14-562 (CCC)

## INFORMATIVE MOTION IN COMPLIANCE WITH COURT ORDER

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and very respectfully states and prays as follows:

On November 15, 2016, this Honorable Court directed the Bureau of Prisons, through the United States, to inform the Court about the most recent medical treatment provided to the defendant's leg. See Docket No. 586. In compliance with the Court's order, the undersigned has conferred with MDC-Guaynabo's legal counsel and obtained the following information from MDC-Guaynabo's medical staff:

> Inmate Rios-Gonzalez, Joselito # 44485-069 is a 42 yeas old male, Care Level 2, who has been in BOPP custody at MDC Guaynabo since 9/24/2014.
>
> Inmate Rios-Gonzalez is an insulin dependent diabetic with multiple diabetic complications. He is provided routine chronic medical care through our chronic medical clinic. He is also provided with specialty services as clinically indicated.
>
> Diabetic complications for inmate Rios-Gonzalez consist of the following:
> 1. Diabetes Type II with neurological manifestations
> 2. Nerve pain, neuralgia neuritis, radiculitis
> 3. Anemia of other chronic disease
> 4. Hyperlipidemia, mixed
> 5. Atherosclerosis of the extremities with ulceration
> 6. Peripheral vascular disease, unspecified
> 7. Proliferative diabetic retinopathy
> 8. Unspecified deformity of ankle and foot, acquired
> 9. Chronic kidney disease, Stage II (mild)
> 10. Esophageal reflux

      11.     Arthropathy associated with neurological disorders – Charcot Foot

Inmate Rios-Gonzalez is currently medicated as follows:
- Atorvastatin 40 MG TAB po at bed time
- Gabapentin 600 MG Tab po twice daily
- Lisinopril 10 MG po once daily
- Insulin NPH 20 units in morning and 5 units in evening
- Insulin Reg 5 units in morning and 5 units in evening

Inmate has been provided with off-site specialist care to include Ophthalmologist, Retinal Specialist and Nephrologist. He monitored through routine Chronic Care Clinic. Additionally, he is provided with continual wound care services. Inmate has been noted on multiple occasions to refuse wound care services and he had candidly admitted to manipulating the wound himself by tearing off skin and providing his own wound care in his cell.

**WHEREFORE**, the United States, respectfully submits the information contained herein in compliance with the Court's Order at Docket Number 586.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 2nd day of December, 2016.

**CERTIFICATE OF SERVICE**:

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

 

**ROSA EMILIA RODRIGUEZ-VELEZ**
United States Attorney

*s/Seth A. Erbe*
**SETH A. ERBE**
Assistant United States Attorney
USDC-PR No. 220807

United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave.
San Juan, PR 00918
Tel. (787) 766-5656
Fax: (787) 766-5398
seth.a.erbe@usdoj.gov