IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br><br>JOSELITO RIOS GONZALEZ (14)<br>Defendant. | Criminal no. 14-562 (CCC) |

**MOTION REQUESTING ORDER**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Ríos, and respectfully states and prays as follows:

1. As previously mentioned, the parties are involved in active negotiations. Nevertheless, it is imperative that the undersigned counsel be able to review Mr. Ríos González's criminal record.

2. The United States Probation Office has informed that they have certified copies of Mr. Ríos-González criminal convictions.

3. Local practice requires that counsel requests a Court order to allow the Probation Office to share the criminal convictions with a defendant's court appointed attorney.

**WHEREFORE**, the undersigned respectfully requests that the Court takes note of the present motion and Orders the Probation Office to allow the undersigned attorney to inspect the certified copies of criminal convictions in their possession.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 2nd day of September 2018.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
P.O. Box 12247
San Juan, PR 00914
Tel.: (787) 432-4910
USDC-PR No. 300504
Dalcala@defensorialegal.com